**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.  Case No.3:05-cr-329-J-12MCR

**PORFIRIO GERAJALES-LANDA**

---

**ACCEPTANCE OF GUILTY PLEA,**
**ADJUDICATION OF GUILT,**
**AND NOTICE OF SENTENCING**

The Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc.22), filed October 3, 2005, to which the parties have waived the ten (10) day objection period. The plea of guilty of the Defendant to Count One of the Information is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense.

Sentencing is hereby scheduled for Wednesday, November 2, 2005, at 10:00 a.m. before the undersigned, in Courtroom 12A, Twelfth Floor, U.S. Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** this ___19th___ day of October 2005.

*Howell W. Melton*
HOWELL W. MELTON
United States District Judge

Copies to:
AUSA (Gallagher)          Division Manager
Gerald Scott Bettman, Esq.
U.S. Probation (Carter)   U.S. Marshal